Case 1:21-cv-09628-VEC   Document 19   Filed 10/13/22   Page 1 of 1

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/13/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
-------------------------------------------------------------- X
   CARLOS AGOSTIN ROBLES SANCHEZ,              :
                                                :
                         Plaintiff,             :      21-CV-9628 (VEC)
                                                :
               -against-                        :
                                                :      ORDER
   PAYAM INC., PAPRIKA II LLC, and              :
   PAPRIKA LLC,                                 :
                                                :
                         Defendants.            :
-------------------------------------------------------------- X
```

VALERIE CAPRONI, United States District Judge:

WHEREAS on September 13, 2022, the Court was notified that through mediation, an agreement was reached on all issues, Dkt. 16;

WHEREAS on September 16, 2022, the parties were ordered to either file a joint letter motion requesting that the Court approve their settlement agreement or, alternatively, provide documentation of the approval by the Department of Labor, by no later than October 13, 2022, *see* Dkt. 17;

WHEREAS the Court scheduled a conference for October 14, 2022, in the event the parties failed to file the joint letter motion or stipulation, *see id.*; and

WHEREAS on October 13, 2022, the parties timely filed a joint submission requesting approval of the parties' settlement agreement, *see* Dkt. 18.

IT IS HEREBY ORDERED THAT the pre-trial conference scheduled for October 14, 2022, is ADJOURNED *sine die* pending approval of the settlement agreement.

**SO ORDERED.**

**Date: October 13, 2022**
**New York, NY**

_____
**VALERIE CAPRONI**
**United States District Judge**