UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/17/2022
```

------------------------------------------------------------ X

   CARLOS AGOSTIN ROBLES SANCHEZ,

                     Plaintiff,

          -against-

PAYAM INC., PAPRIKA II LLC, and
PAPRIKA LLC□,

               Defendants.

------------------------------------------------------------ X

21-CV-9628 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

      WHEREAS on October 13, 2022, the parties submitted a proposed settlement agreement

for the Court's approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d

Cir. 2015), *see* Dkt. 18;

      WHEREAS the proposed settlement provides for a total recovery of $10,000, with a third

of the recovery ($3,333.33) awarded to Plaintiff's counsel for fees and costs, *see id.*;

      WHEREAS counsel's requested fee is less than half the lodestar amount based on

counsel's billing rates and time entries, *see id.* Ex. 2;

      WHEREAS the Court finds that counsel's requested fee and the settlement amount for

the case are reasonable; and

      WHEREAS the proposed settlement agreement contains a release that is far broader than

just wage-and-hour claims, *see* Dkt. 48 Ex. 2, ¶¶ 1(a)–(d);

      IT IS HEREBY ORDERED that the proposed settlement agreement is not approved as

fair and reasonable because of the breadth of the release.  The Court would be prepared to

approve as fair a settlement that releases all wage-and-hour law claims.  The parties may submit,

no later than **October 28, 2022**, a revised settlement agreement that is consistent with this Order

if they wish to proceed with the settlement.  *See Fisher v. SD Prot. Inc.*, 2020 WL 550470, at *8

(2d Cir. Feb. 4, 2020).

**SO ORDERED.**

**Date:  October 17, 2022**
**New York, NY**

          **VALERIE CAPRONI**
     **United States District Judge**